UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Sylvia Bevilacqua,<br><br>    Plaintiff<br>v.<br><br>United Healthcare Services, Inc., et al.,<br><br>    Defendants | Case No. 2:23-cv-01811-JAD-BNW<br><br>**Order Granting Unopposed<br>Motion to Dismiss**<br><br>[ECF No. 6] |

Defendants United Healthcare Services, Inc. (UHS) and Optum NV move to dismiss this employment action filed by counseled plaintiff Sylvia Bevilacqua, arguing that Bevilacqua was never actually employed by UHS and "Optum NV" is not a true legal entity.[1] The deadline to oppose that motion passed more than a week ago without response or any request to extend it. Local Rule 7-2(d) provides that "[t]he failure of an opposing party to file points and authorities in response to any motion, except a motion under Fed. R. Civ. P. 56 or a motion for attorney's fees, constitutes a consent to the granting of the motion."  I apply Local Rule 7-2(d) and deem plaintiff's failure to oppose this motion as her consent to granting it.  Accordingly,

IT IS HEREBY ORDERED that **the motion to dismiss [ECF No. 6] is GRANTED. This case is DISMISSED and the 3/19/24 hearing on it is VACATED.**  The Clerk of Court is directed to **CLOSE THIS CASE.**

Dated: March 15, 2024

_____
U.S. District Judge Jennifer A. Dorsey

---

[1] ECF No. 6.